

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: '08 MJ 8711 |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Eduardo Ramiro MANZO-Ibarra | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about August 08, 2008, within the Southern District of California, defendant Eduardo Ramiro MANZO-Ibarra did knowingly and intentionally import approximately 7.56 kilograms (16.63 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th, DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Brandon Wood, under penalty of perjury, declare the following to be true and correct:

On August 8, 2008 at approximately 1123 hours, Eduardo Ramiro MANZO-Ibarra entered the United States at the Calexico, California, East Port of Entry. MANZO was the driver, registered owner, and sole occupant of a 1986 Chevrolet truck. Customs Border Protection Officer (CBPO) S. Vega noticed that the subject avoided eye contact and became nervous when questioned routine questions. CBPO S. Vega also noticed that the vehicle was positive for an automated targeting system (ATS) hit in the Treasury Enforcement Communication System (TECS). CBPO S. Vega sent MANZO and the vehicle to the vehicle secondary lot.

While in the secondary lot, Custom and Border Protection Canine Officer (CEO) R. Navarro used his Human-Narcotics Detector Dog on the 1986 Chevrolet truck MANZO was driving. CEO R. Navarro's HNDD alerted to the transfer case area of the vehicle. CEO R. Navarro informed CBPO J. Arenas of the alert. CBPO J. Arenas performed an intensive inspection of the vehicle and discovered fifteen (15) packages within the transfer case and four (4) packages in the front differential. CBPO J. Arenas probed a package which produced a white, powdery substance that field tested positive for methamphetamine, a Schedule II Controlled Substance. The total weight of the nineteen (19) packages was 7.56 kilograms (16.63 pounds).

Special Agents Wood and Torregrosa advised MANZO of his rights and MANZO waived his rights. Special Agents Wood and Torregrosa conducted an interview of MANZO. During the interview MANZO admitted that he was to be paid $500 for smuggling drugs in his vehicle from Mexico to a "Wal-Mart" in Calexico, California.

MANZO was placed under arrest and booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.

Executed on August 08, 2008 at 10:00 p.m.

Brandon Wood
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on __8/8/08__ in violation of Title 21, United States Code, Section(s) _____.

United States Magistrate Judge
Ruben B. Brooks

8/9/208 at 6:10 p.m.
Date/Time