FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR3007-W |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of |
| EDUARDO RAMIRO MANZO-IBARRA, | ) | Methamphetamine (Felony) |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 8, 2008, within the Southern District of California, defendant EDUARDO RAMIRO MANZO-IBARRA, did knowingly and intentionally import 50 grams or more, to wit: approximately 7.56 kilograms (16.63 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

LARA A. STINGLEY
Assistant U.S. Attorney

LAST:lg:Imperial
9/4/08