AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA


FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 08CR3007-W |
| EDUARDO RAMIRO MANZO-IBARRA | CASE NUMBER: 08MJ8711 |

I, EDUARDO RAMIRO MANZO-IBARRA, the above named defendant, who is accused

of committing the following offense:

>   Importation of Methamphetamine, in violation of Title 21, United States Code,
>   Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on  9/4/08  prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Manzo L. Eduardo R._
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer